AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00078 |
| | ) Assigned To : Harvey, G. Michael |
| MATTHEW LEBRUN | ) Assign. Date : 4/8/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| Defendant | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MATTHEW LEBRUN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2)(Disorderly and Disruptive Conduct in a Restricted Building);
40 U.S.C. § 5104(e)(2)(D)(Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(F)(G); (Parade, Demonstrate, or Picketing in a Capitol Building).

Date: 04/08/2022

Digitally signed by G. Michael Harvey
Date: 2022.04.08 15:40:33 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 04-08-2022, and the person was arrested on *(date)* 04-13-2022
at *(city and state)* New Orleans, Louisiana.

Date: 04-13-2022

*Arresting officer's signature*

David Butler  Special Agent
*Printed name and title*