UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
Plaintiff

vs.                                                                CASE NO.  22-Cr-136 (JMC)

STEVEN MILES,
Defendant
_____/

## NOTICE OF APPEARANCE

**PLEASE BE ADVISED** that RAY C. LOPEZ, ESQUIRE, hereby enters an in the above-styled cause as attorney for the Defendant, STEVEN MILES, and directs that copies of all notices, pleadings and proceedings be served upon him.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the Office of the United States Attorney, on this 11TH day of October, 2022.

*s / Ray C. Lopez*
RAY C. LOPEZ, ESQUIRE
RAY C. LOPEZ, P.A.
115 South Albany Avenue
Tampa, Florida 33606
(813) 221-4455
Fax: (813) 251-1517
E-mail:
RCLopezlaw@verizon.net
Florida Bar No.  870330
Attorney for the Defendant,
Steven Miles