UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
Plaintiff

vs.                                                                                              CASE NO.  22-Cr-136 (JMC)

STEVEN MILES,
Defendant
_____/

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE**

COMES NOW the Defendant, STEVEN MILES, by and through his undersigned counsel and and requests that this Honorable Court modify its Order of Release:

1.  The Defendant is charged with various offenses from the January 6. 2021 "Capitol Siege" at the United States Capitol.  None of the charges involve an alleged injury to another person.  The Defendant has no prior felony record and was Honorably discharged from the United States Army after service as a Sergeant in Iraq.

2.  On April 19, 2022 the Defendant was ordered released on conditions (Doc. 11) among which were that he be placed on home detention and subject to GPS monitoring.

3.  The Defendant has since abided by all conditions of pre-trial release.  He has maintained employment and reported in as required after leaving the Middle District of Florida for employment purposes as he is allowed.

4.  The Defendant requests that his conditions of pre-trial release by modified to allow the removal of the GPS monitoring and requirement of home detention to a curfew.  The curfew as agreed upon with the Office of the United States Attorney would be from 10 P.M. to 6 AM. the following morning.  The Defendant would be subject to voice recognition after installing a land-line telephone in his residence to insure that he is home during the curfew hours.

5. The Defendant's pre-trial services officer is in agreement with this request noting that the Defendant has abided by all conditions of his pre-trial release.

6. Assistant United States Attorney Mike Gordon has consulted with pre-trial services and has no objection to this request.

7. The Defendant will continue to abide by all other standard and special conditions of his pre-trial release.

WHEREFORE THE the Defendant respectfully requests that this court modify its previous Order Setting Conditions of Release.

*s / Ray C. Lopez*
RAY C. LOPEZ, ESQUIRE
RAY C. LOPEZ, P.A.
115 South Albany Avenue
Tampa, Florida 33602
(813) 221-4455
Florida Bar No.  870330
E-mail address:
RCLopezlaw@verizon.net
Attorney for the Defendant,
Steven Miles

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 8, 2022, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the Office of the United States Attorney.

*s / Ray C. Lopez*
RAY C. LOPEZ, ESQUIRE