UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
Plaintiff

vs.  CASE NO. 1:22-cr-00136-JMC

STEVEN MILES,
Defendant
_____/

### MOTION FOR LEAVE OF COURT TO FILE SENTENCING EXHIBITS UNDER SEAL

COMES NOW the Defendant, STEVEN MILES, by and through his undersigned counsel, and files this Motion For Leave of Court to File Sentencing Exhibits Under Seal and states as follows:

1. The Defendant intends on offering two (2) or more sentencing exhibits prior to sentencing scheduled for February 9, 2024. The Defendant requests that due to their sensitive nature that they be allowed to be filed under seal.

2. The exhibits are a recent psychological evaluation and Veterans Administration records documenting his medical condition.

3. It is further requested that all orders pertaining to this request be under seal.

WHEREFORE the Defendant respectfully requests leave of court to file sentencing exhibits under seal..

*s/ Ray C. Lopez*
RAY C. LOPEZ, ESQUIRE
RAY C. LOPEZ, P.A.
115 South Albany Avenue
Tampa, Florida 33602
(813) 221-4455
Email:
RCLopezLaw@verizon.net
Florida Bar No.  870330
Attorney for the Defendant,
Steven Miles

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 25, 2024 I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the Office of the United States Attorney.

*s / Ray C. Lopez*
RAY C. LOPEZ, ESQUIRE